UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO, INC.<br><br>Defendant. | Case No. 2:22-cv-07952-RPK-ARL |

### 1. NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Whaleco, Inc.*, No. 2:22-cv-07952-RPK-ARL with prejudice, and with each party bearing her and its own costs.

Dated:  April 28, 2023                    Respectfully submitted,

/s/ *Jonathan Shalom*
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff*
*Michelle Tenzer-Fuchs*